**No. 48827.**—Protests 90810–K, etc., of Nippon Dry Goods Co. et al. (San Francisco and Seattle).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48828.**—Protests 818334–G, etc., of Z. Hori Bros. et al. (Los Angeles, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, OCTOBER 6, 1943

**No. 48829.**—Protests 91857–K, etc., of Q. W. Lung Co. et al. (Boston, etc.).

Opinion by COLE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48830.**—Protests 80294–K, etc., of O. Hertzwig Trading Co. et al. (New York).

Opinion by COLE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, OCTOBER 6, 1943

**No. 48831.**—Protests 944496–G, etc., of Armand Schwab & Co., Inc. (New York)•

Opinion by TILSON, J. The record showed that certain of the items consist of (1) hemp hats similar to those the subject of *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218), (2) hemp knotted straw hats similar to those involved in Abstract 46497, and (3) hats of ramie similar to those involved in Abstract 47291. In accordance therewith the claim as to these items was sustained.

**No. 48832.**—Protest 8022–K of M. S. Levy & Sons, Inc. (Baltimore).

Opinion by TILSON, J. The record showed that certain of the items consist of hats similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218). In accordance therewith the claim at only 25 percent was sustained.